■ VIOLET B. TRUMBO, Appellant, v LANA LOBELL FARMS OF NEW YORK, INC., Respondent.—Order of the Supreme Court, Orange County, dated April 24, 1984, affirmed, with costs, for the reasons stated by Justice Green in his memorandum at Special Term. Mollen, P. J., Lazer, Weinstein and Rubin, JJ., concur.

■ ARTHUR WEISS, Appellant, v SEYMOUR ZUCKERMAN, Respondent.—In a medical malpractice action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Kings County (Greenstein, J.), entered March 9, 1984, which, upon the motion of defendant for judgment as a matter of law made at the conclusion of the presentation of evidence by plaintiff, dismissed his complaint for failure to make out a prima facie case.

Judgment affirmed, with costs.

In order to establish a prima facie case of medical malpractice, expert testimony is required to establish proximate cause unless the causal relationship is readily apparent to the trier of fact *(Lipsius v White,* 91 AD2d 271). In this case, it is not readily apparent that the alleged damages were caused by the alleged malpractice of defendant. Since a jury may not be permitted to speculate as to the cause of an injury, expert opinion evidence was needed in order for plaintiff to establish a prima facie case *(Hirsch v Safian,* 257 App Div 212). As none was offered, the complaint was properly dismissed. Mangano, J. P., Bracken, O'Connor and Weinstein, JJ., concur.